# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00629-CV

**Dennis E. Hevron and Laura R. Hevron, Appellants**

**v.**

**Henry B. Parkhill and Parkhill & Parkhill, P.C., Appellees**

### FROM THE COUNTY COURT AT LAW NO. 5 OF DALLAS COUNTY
### NO. 02-10850-E, HONORABLE CHARLES A. STOKES, JUDGE PRESIDING

Appellants filed with this Court a joint motion to dismiss appeal, informing this Court that the parties have reached an agreement to settle and compromise their differences in this cause. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Jan P. Patterson, Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed on Joint Motion

Filed: December 12, 2002

Do Not Publish